Philip Bautista, Pro se
C/o 1501 Front Street, #409
San Diego, California state [92101]
Non-domestic without US

FILED
'08 APR 15 PM 12:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP _____ DEPUTY

## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**PHILIP BAUTISTA**
    Plaintiff

Vs.

**BANK OF AMERICA &**
**OLD REPUBLIC EQUITY CREDIT**
**SERVICES**
    Defendant/Co-Defendant

FEDERAL CASE NO.
**'08 CV 0685 BEN LSP**

### COMPLAINT FOR DAMAGES
### With SUPPLEMENTAL OF JURISDICTION
### Pursuant to 28 U.S.C. 1367

COMES NOW Phillip Bautista (Plaintiff) as above stated with the following Complaint for Damages. Bank of America and Old Republic Equity Credit Services as Defendant and Co-Defendant. This Complaint for Damages is set forth the following grounds with: Statement of Federal Jurisdiction, Statement of Supplemental of Jurisdiction and Applicable law:

### STATEMENT OF FEDERAL JURISDICTION

The U.S. District Court has jurisdiction over this complaint for damages for the following reasons: the dollar amount in controversy exceeds $75,000, there is a federal question of law and there is diversity of jurisdiction.

Philip Bautista, COMPLAINT FOR DAMAGES - 1 -

## STATEMENT OF SUPPLEMENTAL JURISDICTION

The U.S. District Court has supplemental jurisdiction over any and all State Court claims and State Court related claims pursuant to 28 U.S.C. 1367.

## APPLICABLE LAW

The following Applicable Statues are set forth in this Complaint for Damages as Mandatory Authority with respect to the U.S. Supremacy Clause, the Preemption Doctrine and the U.S. Constitution. Art. VI, Paragraph 2. The three following legal distinctive authorizes known, as Mandatory Authority, Controlling Authority and Supporting Authority are set forth herein.

### Mandatory Authority
### (U.S. Supremacy Clause)

(a) 28 USC 1367, 28 USC 1367(a), 28 USC1 367(e)(d), 11 USC 362(C), 12 USC 3752(1), 12 USC 3755, 12 USC 3752(3), 12 USC 3752(7), 12 USC 3758(1), 12 USC 3752(1), 12 USC 3758(1), 12 USC 3758(2)(A)(i), 12 USC 3758(3)(A), 12 USC 3757, 12 USC 3757(9), 12 USC 3757(10), 12 USC 3759(C), 12 USC 3765, 12 USC 3765(1), 12 USC 3765(2), 12 USC 3765(3), Title 15 Fair Debt Collections Act, 12 USC 1201(RESPA), Article 3 section 603 of the UCC.

The Plaintiff's enumerated complaint for damages respectfully shows the following:

1.

The Defendants did unlawfully violate 12 U.S.C. 3758(1) with foreclosure proceedings not giving 21 day notice prior to foreclosure.

2.

The Defendants did unlawfully violate Fair Debt Collections Act with Foreclosure proceedings.

Philip Bautista, COMPLAINT FOR DAMAGES    - 2 -

3.

The Defendants did unlawfully violate 12 U.S.C. 3758(3)(A); not conducting publication during 3 successive calendar weeks before the date of foreclosure sale date.

4.

The Defendants did unlawfully violate 12 U.S.C. 3765(1); not making the plaintiff a notice recipient as required in 12 U.S.C. 3758(1).

5.

The Defendants did unlawfully violate 12 U.S.C. 3765(1); not making the plaintiff a notice recipient as required in 12 U.S.C. 3758(3)(A).

6.

The Defendants unlawfully did violate Article 3 section 306 of the Uniform Commercial Code foreclosure proceedings.

7.

The Defendants did unlawfully conduct a foreclosure proceeding below true market value of the property owned by the Plaintiff.

8.

The Defendants did unlawfully violate 11 U.S.C 362(c) foreclosure proceedings.

WHEREFORE the Plaintiff demands the following relief:

1. The honorable court award compensatory damages and punitive damages to Phillip Bautista in the amount of $2,000,000 by entering a judgment against Bank of America.
2. This honorable court enters a judgment against Old Republic Equity Credit Services, Inc. $500,000 for violation of the title 11 of the U.S. Bankruptcy Code with unlawful foreclosure proceedings.

Philip Bautista, COMPLAINT FOR DAMAGES  - 3 -

3. Grant all relief this Court deems just and proper.

_[signature]_    4-11-08

Philip Bautista, Petitioner/Appellant, Pro se

Philip Bautista, COMPLAINT FOR DAMAGES - 4 -

```
1
2
3   Philip Bautista, Pro se
    C/o 1501 Front Street, #409
4   San Diego, California state [92101]
    Non-domestic without US
5
6
7
8              IN UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF CALIFORNIA
9
10
11                   CERTIFICATE OF SERVICE
12      I, Philip Bautista, certify that I have furnished a copy of this pleading via U.S. Postal
    Service, with sufficient postage to respondent located at the following address:
13
14
15  Distribution List:
    Regional Trustee Services Corporation
16  616 1st Avenue, Suite 500
    Seattle, WA 98104
17
18
19                                          _____ 4-11-08
20                          Philip Bautista, Petitioner/Appellant, Pro se
21
22
23
24
25
26
27
28
```

Philip Bautista, COMPLAINT FOR DAMAGES - 5 -

Philip Bautista, Pro se
C/o 1501 Front Street, #409
San Diego, California state [92101]
Non-domestic without US

# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## VERIFICATION
### (Affidavit)

The undersigned Affiant Phillip Bautista by appellation does here with swear, declare and affirm that the Affiant executes this Affidavit with sincere intent and competently states the matters set forth. I the undersigned being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case. Also that the contents are true, correct and not misleading to the best of his knowledge.

_____  4-11-08
Philip Bautista, Petitioner/Appellant, Pro se

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Bautista, Pro se )<br>)<br>vs. )<br>)<br>)<br>BANK OF AMERICA )<br>)<br>_____ ) | Case No. _____<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>BANK OF AMERICA<br><br>Date Served: |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

in the following manner: (check one)

1)        By personally delivering copies to the person served.

2)        By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)        By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)     **x**    By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Bonita, California on _____, 20___.

Executed on _____, 2008      at Bonita, Ca

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

       # 149740      - MS

         April 15, 2008
            13:02:00


         Civ Fil Non-Pris
   USAO #.: 08CV0685 BEN
   Amount.:              $350.00 CK
   Check#.: PC1443



       Total->  $350.00



   FROM: PHILIP BAUTISTA VS.
         BANK OF AMERICA & OLD REPUBLIC
         EQUITY CREDIT SERVICES
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Philip Bautista, Pro se

**DEFENDANTS**
BANK OF AMERICA & OLD REPUBLIC EQUITY CREDIT SERVICES

(b) County of Residence of First Listed Plaintiff: **SAN DIEGO**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 APR 15 PM 12:58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number)
Philip Bautista, Pro se, 1501 Front Street, #409
San Diego, California state [92101]

Attorneys (If Known): 08 CV 0685 BEN LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☒ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC 1367
Brief description of cause: COMPLAINT FOR DAMAGES.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE: 4/15/08
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 149740  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
MS 4/15
CR