**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:   619.234.3510

ANDREW B. SERWIN, CA BAR NO. 179493
WILLIAM T. YOON, CA BAR NO. 245586
Attorneys for Defendant OLD REPUBLIC EQUITY CREDIT SERVICES, INC., erroneously sued as OLD REPUBLIC EQUITY CREDIT SERVICES

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BAUTISTA,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA; OLD REPUBLIC EQUITY CREDIT SERVICES,<br><br>Defendants. | Case No: 08CV0685-LAB (LSP)<br><br>**DEFENDANT OLD REPUBLIC EQUITY CREDIT SERVICES' NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) AND/OR 12(B)(6)**<br><br>DATE:   JULY 28, 2008<br>TIME:   11:15 A.M.<br>COURTROOM: 9<br><br>JUDGE:   HON. LARRY ALAN BURNS |

TO PHILIP BAUTISTA AND HIS ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE that on July 28, 2008, at 11:15 a.m., or as soon thereafter as this matter may be heard in Courtroom 9 of the above-entitled Court located at 940 Front Street, San Diego, California, Defendant Old Republic Equity Credit Services, Inc., erroneously sued as Old Republic Equity Credit Services ("Old Republic") will, and hereby does, move this Court for an order dismissing the entire action pursuant to FRCP 12(b)(1) and/or 12(b)(6).

///

///

This motion will be based upon this Notice, the memorandum of points and authorities filed in support thereof, and the pleadings on file herein and such evidence and argument as the Court may consider at the hearing hereon.

Dated: June 9, 2008

FOLEY & LARDNER LLP
ANDREW B. SERWIN
WILLIAM T. YOON

By:     /s/ Andrew B. Serwin
ANDREW B. SERWIN
Attorneys for Defendant OLD REPUBLIC EQUITY CREDIT SERVICES, INC., erroneously sued as OLD REPUBLIC EQUITY CREDIT SERVICES