1

**FOLEY & LARDNER LLP**
402 W. BROADWAY, SUITE 2100
SAN DIEGO, CA 92101-3542

2
TELEPHONE:    619.234.6655
FACSIMILE:    619.234.3510

3

ANDREW B. SERWIN, CA BAR NO. 179493
WILLIAM T. YOON, CA BAR NO. 245586

4
Attorneys for Defendant OLD REPUBLIC EQUITY CREDIT SERVICES, INC.,

erroneously sued as OLD REPUBLIC EQUITY CREDIT SERVICES

5

6

7

8
## UNITED STATES DISTRICT COURT

9
## SOUTHERN DISTRICT OF CALIFORNIA

10

11

12
PHILIP BAUTISTA,

Plaintiff,

13

14
vs.

15
BANK OF AMERICA; OLD REPUBLIC
EQUITY CREDIT SERVICES,

16
Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| | Case No: 08CV0685-LAB (LSP) |
| | **PROOF OF SERVICE** |
| | DATE:      JULY 28, 2008 |
| | TIME:      11:15 A.M. |
| | COURTROOM: 9 |
| | JUDGE:      HON. LARRY ALAN BURNS |

SDCA_1177606.1

# PROOF OF SERVICE

I am employed in the **County of San Diego**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **402 W. Broadway, Suite 2100, San Diego, California 92101**.

On **June 9, 2008**, I served the foregoing document(s) described as:

1.  **DEFENDANT OLD REPUBLIC EQUITY CREDIT SERVICES' NOTICE OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) AND/OR 12(B)(6)**

2.  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT OLD REPUBLIC EQUITY CREDIT SERVICES' MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1) AND/OR 12(B)(6)**

on the interested parties in this action as follows:

__X__    BY THE FOLLOWING MEANS:

I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Philip Bautista                                    Plaintiff in *Pro Se*
1501 Front Street, #409
San Diego, CA 92101

__X__    **BY MAIL**
         I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **San Diego, California**.

         __X__    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **San Diego, California**. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__    Executed on **June 9, 2008**, at **San Diego, California**.

__X__    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Nicole Mansfield