UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
08 AUG 22 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Burns
FROM: J. Paris,,   Deputy Clerk   RECEIVED DATE: 8/15/08
CASE NO.: 08cv685   DOCUMENT FILED BY: Philip Bautista
CASE TITLE: Bautista v. Bank of America
DOCUMENT ENTITLED: Amended Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Case closed and amended complaint requires leave of court |

Date forwarded: 8/15/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

*This action was dismissed on 6/18/08 for lack of jurisdiction.*

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: LARRY ALAN BURNS, U.S. DISTRICT JUDGE

Dated: August 20, 2008   By: [signature]
cc: All Parties

FILED

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

"AMENDED"

REJECTED

Philip Bautista, Pro per
4846 Seawater Lane
San Diego California 92154
Phone: 619 661-0651

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Philip Bautista,<br>　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.<br><br>　　　Defendant. | CASE NO. 08-CV-0685 BEN LDP<br><br>COMPLAINT FOR DAMAGES FOR<br><br>1. VIOLATION OF 26 USCA 2605<br>2. VIOLATION OF 15 USCA 1602<br>3. Violation of 15 USCA 1892<br>　　and CALIFORNIA CIVIL CODE<br>　　§ 1788<br>4. BREACH OF FIDUCIARY DUTY<br>5. BREACH OF CONTRACT<br>6. INJUNCTIVE RELIEF<br>7. FRAUD<br>8. CLAIM FOR RECOUPMENT<br>9. QUIET TITLE<br>10. DECLARATORY RELIEF |

　　COME NOW the Plaintiff, PHILIP BAUTISTA, pro-se, and sues Defendant BANK OF AMERICA (hereinafter "BANK") and as grounds therefore alleges:

**PRELIMINARY STATEMENT**

　　1. This Complaint is filed under various Federal questions arising under the United States Code including but not limited to 12 USCA § 2605 the Real Estate Settlement Procedures Act (RESPA)

1

COMPLAINT FOR DAMAGES