# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
08 AUG 22 PM 3:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Burns
FROM: J. Paris,,   Deputy Clerk   RECEIVED DATE: 8/15/08
CASE NO.: 08cv685   DOCUMENT FILED BY: Philip Bautista
CASE TITLE: Bautista v. Bank of America
DOCUMENT ENTITLED: Ex Parte Application and TRO

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Case closed |

Date forwarded: 8/15/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.   *This action was dismissed on 6/18/08 for lack of jurisdiction.*

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: **LARRY ALAN BURNS, U.S. DISTRICT JUDGE**
By: _____

Dated: August 20, 2008
cc: All Parties

FILED

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**

Philip Bautista, Pro per
4846 Seawater Lane
San Diego, California 92154
Phone: (619) 661-0651

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP BAUTISTA,<br><br>    Plaintiff,<br><br>Vs.<br><br>BANK OF AMERICA, N.A.<br><br>    Defendant. | CASE NO. **08-CV-0685 BEN LDP**<br><br>**EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>**DECLARATION SHOWING GOOD CAUSE FOR EX PARTE RELIEF**<br><br>**PROPOSED ORDER**<br><br>[SIMULTANEOUSLY FILED COMPLAINT] |

   Plaintiff, PHILIP BAUTISTA, moves this Honorable Court for the entry of a Temporary Restraining Order to enjoin and restrain defendant from removing Plaintiff from possession of the subject property at 1501 Front Street, # 409, San Diego, California or from pursuing an unlawful detainer action and writ of possession